# United States Court of Appeals for the Federal Circuit

---

**PROMPTU SYSTEMS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC,**
*Defendants-Appellees*

---

2022-1939

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:16-cv-06516-JS, Chief Judge Juan R. Sanchez.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED IN PART, REVERSED IN PART, AFFIRMED IN PART, AND REMANDED**

FOR THE COURT

February 16, 2024
Date

Jarrett B. Perlow
Clerk of Court